FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 MAY 18 PM 3: 40

CLERK U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

V.

JAMES JONES

CASE NO. 8:11-cr- 276 17 EAJ
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853(a) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about April 21, 2011, in the Middle District of Florida, the defendant,

JAMES JONES

knowingly and intentionally distributed 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

### COUNT TWO

On or about April 27, 2011, in the Middle District of Florida, the defendant,

JAMES JONES

knowingly and intentionally distributed 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

## **FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853(a).

2. From his engagement in any or all of the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of his interest in:

    (a) any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and

    (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited specifically includes, but is not limited to, $1,500.00 in U.S. currency.

4. If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
JAMES A. MUENCH
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES JONES

## INDICTMENT

Violations:

18 U.S.C. § 841(a)(1)

A true bill,

*[signature]*
Foreperson

Filed in open court this 18th day

of May 2011.

_____
Clerk

Bail $ _____