**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MARK A. PIZZO**
**U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| CASE NO. 8: 11-Cr-276-T-17EAJ | DATE: June 6, 2011 |
| UNITED STATES OF AMERICA | GA: James Muench |
| v. | |
| JAMES JONES | D.A.: Bjorn Brunvand, CJA |

Courtroom: 11B     Time: 2:10P-2:20P     Tape: Digital

## INITIAL APPEARANCE and ARRAIGNMENT MINUTES

(X)  Defendant present; Advised of rights and charges; CJA appointed

(X)  Information/Indictment Filed and Copy to Defendant

(X)  Defendant Waives Reading of Information/Indictment

(X)  Arraigned and Pleaded Not Guilty

(X)  Trial set UPON NOTICE before Judge Elizabeth A. Kovachevich.

(X)  Status Conference set for July 8, 2011 at 10:30 a.m.

(X)  Pretrial Discovery Order - to be filed by Magistrate Judge Elizabeth A. Jenkins

`    The Government requested detention (danger, flight risks, FTAs, 10 year minimum); Defendant proffered regarding a reasonable bond (can reside with sister and be subject to electronic monitoring); BOND SET in the amount of $30,000.00 Personal Appearance with a 10% cash deposit or $30,000.00 secured by an agreement to forfeit property; Pretrial reporting; Drug testing and/or treatment; No firearms; 9p-6a curfew with GPS monitoring.