**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO:  8:11-CR-276-T-17EAJ             DATE:  November 17, 2011

HONORABLE ELIZABETH A. KOVACHEVICH

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Donald Hansen for James Muench |
|  | Government Counsel |
| vs. |  |
| JAMES JONES  (Custody) | Bjorn Brunvand, CJA |
| Defendant | Defense Counsel |

COURT RPTR/TAPE: SANDRA PROVENZANO    DEPUTY CLERK: CINDY LEIGH-MARTIN

TIME:  2:03-2:40         TOTAL:  /37         COURTROOM 14A

**CRIMINAL MINUTES - SENTENCING REFORM ACT MINUTES**

 X    Plea agreement  and/or straight up plea is ratified and accepted.

 X    Defendant is adjudged guilty on count(s) one and two of the Indictment

 X    Court finds (X) no grounds for guideline departure.

 X    Imprisonment:  EIGHTY-FOUR (84) MONTHS as to each of count(s) one and two of the Indictment to run CONCURRENTLY with credit for time served to be calculated by the United States Bureau of Prisons.

 X    Court recommendations to the United States Bureau of Prisons:
(1)   Incarceration at Coleman, FL or Jesup, GA.
(2)   Unicor to send support for seven dependent children.
(3)   500-hour intensive substance abuse counseling for drug use since age of 12.
(4)   Provide all secondary education to defendant.  Then procure GED.
(5)   Vocational training in HVAC, refrigeration, plumbing, electrical trade and small business administration.
(6)   Counseling regarding interpersonal relationships and anger management.

 X    Supervised release: SIXTY (60) MONTHS as to each of count(s) one and two to run CONCURRENTLY

 X    Fine:  Waived

 X    Special Assessment: $200    As to count(s): one and two

 X    Special conditions of (X) supervised release:

(X) The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

(X) The defendant shall cooperate in the collection of DNA as directed by the probation officer.

(X) The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

 X    The defendant is remanded to the custody of the United States Marshal Service.

 X    The defendant is advised of right to appeal and to counsel on appeal.

 X    Notice concerning special assessment/fine/restitution payments furnished to counsel for defendant. Criminal appeals checklist furnished to counsel for defendant.

 X    Defendant's oral Motion for downward departure pursuant to over representation of criminal history is orally DENIED by the Court.

 X    Counsel noted no objections to sentencing proceeding.

OTHER: Forfeiture language in J&C Order.   Denial of federal benefits for 10 years.

ADVISORY GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level:             23
Criminal History Category:       V
Imprisonment Range:              84 to 105 months
Supervised Release Range:        4 to 5 years
Restitution: $N/A
Fine Range: $10,000 to $10,000,000
Special Assessment: $200